RECORD HOLDING COMPANY, RESPONDENT, v. NEW YORK FIRE INSURANCE COMPANY, APPELLANT.

Argued October 26, 1934—Decided January 10, 1935.

For the respondent, *Simon L. Fisch.*

For the appellant, *Lionel P. Kristeller.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 11.

*For reversal*—None.